```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                  :
UNITED STATES OF AMERICA          :
                                  :
    -v-                           :
                                  :    07 Cr.
JOEL FERMIN,                      :
    a/k/a "Joel Reynoso,"         :
                                  :
            Defendant.            :
- - - - - - - - - - - - - - - - -x
```

JUDGE JONES

07 CRIM. 400

## COUNT ONE

The Grand Jury charges:

1. From at least in or about December 2006, through in or about April 2007, in the Southern District of New York and elsewhere, JOEL FERMIN, a/k/a "Joel Reynoso," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that JOEL FERMIN, a/k/a "Joel Reynoso," the defendant, and others known and unknown, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, 1 kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).



MAY 09 2007

Overt Acts

3. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York:

a. On or about April 5, 2007, JOEL FERMIN, a/k/a "Joel Reynoso," the defendant, drove through the Bronx, New York, to Delaware, in order to deliver approximately 700 grams of heroin to a co-conspirator not named as a defendant herein.

(Title 21, United States Code, Section 846.)

_____        _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

JOEL FERMIN
a/k/a "Joel Reynoso,"

Defendant.

---

### INDICTMENT

07 CR ____

(Title 21, United States Code, Section 846)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.