UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA )
)
v. )   **NOTICE OF APPEARANCE AND REQUEST**
)   **FOR ELECTRONIC NOTIFICATION**
)   07 Cr. 400
JOEL FERMIN, )
   a/k/a "Joel Reynoso," )
)
              Defendant. )

TO:  Clerk of Court
     United States District Court
     Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case for the United States and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney for the
                             Southern District of New York

                 by: /s/ Avi Weitzman
                      Avi Weitzman
                      Assistant United States Attorney
                      (212) 637-1205