

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/08  dc
```

February 22, 2008

**By Facsimile (212-805-6191)**
Honorable Barbara S. Jones
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    United States v. Joel Fermin
           07 Cr. 400 (BSJ)

Dear Judge Jones:

*[Handwritten annotation:] Applications granted. The pretrial conference is adjourned to April 2, 2008 at 11AM. In the interest of justice for the reason stated below, speedy trial time is excluded from February 26, 2008 to April 2, 2008, pursuant to 18 U.S.C §3161(h)(8)(A).*

*SO ORDERED. Barbara S. Jones*
*Dated: 2/26/08*
*BARBARA S. JONES, U.S.D.J.*

       The Government writes to respectfully request, on behalf of both parties, that the next conference in the above-referenced matter be re-scheduled from February 26, 2008 to a date convenient to the Court after April 1, 2008.

       The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between February 26, 2008 and the new date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial. The Government makes this request with the consent of counsel for the defendant.

                Very truly yours,

                MICHAEL J. GARCIA
                United States Attorney
                Southern District of New York

    By:    _____
                Eugene Ingoglia
                Assistant United States Attorney
                (212) 637-1113

cc:    Bruce McIntyre, Esq. (by email)