UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA          :

      v.                              :     NOTICE OF APPEARANCE

JOEL FERMIN                       :     Docket No. 07-CR-400-BSJ
           Defendant.         :

Kindly enter my appearance as attorney for the above-named defendant.

Dated: March 18, 2008

_____
PAUL E. WARBURGH, JR.
P.O. Box 1933
Huntington, NY 11743
631-223-2370
631-223-2130 (Fax)