

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

April 22, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/23/08
```

**By Facsimile (212-805-6191)**
Honorable Barbara S. Jones
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    United States v. Joel Fermin
              07 Cr. 400 (BSJ)

Dear Judge Jones:

    The Government writes to respectfully request, on behalf of both parties, that the next conference in the above-referenced matter be re-scheduled from April 25, 2008 to a date convenient to the Court after May 16, 2008.

    The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between April 25, 2008 and the new date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial. The Government makes this request with the consent of counsel for the defendant.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: Paul Warburgh, Esq. (by fax)

*Applications granted. The conference is adjourned to May 21, 2008 at 4PM. In the interest of justice for the reason stated above, speedy trial time is excluded from April 25, 2008 to May 21, 2008 pursuant to 18 U.S.C. §3161(h)(8)(A).*

SO ORDERED _____
Dated: 4/23/08
BARBARA S. JONES
U.S.D.J.

TOTAL P.01