

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 19, 2008

**By Facsimile (212-805-6191)**
Honorable Barbara S. Jones
United States District Court
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08  dw
```

    Re:   United States v. Joel Fermin
           07 Cr. 400 (BSJ)

Dear Judge Jones:

    The Government writes to respectfully request, on behalf of both parties, that the next conference in the above-referenced matter be re-scheduled from May 21, 2008 to a date convenient to the Court after July 3, 2008.

    The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between May 21, 2008 and the new date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial. The Government makes this request with the consent of counsel for the defendant.

                        Very truly yours,

                        MICHAEL J. GARCIA
                        United States Attorney
                        Southern District of New York

          By:     *[signature]*
                     Eugene Ingoglia
                     Assistant United States Attorney
                     (212) 637-1113

cc: Paul Warburgh, Esq. (by fax)

*[Handwritten:]* Application granted. The pretrial conference is adjourned to July 15, 2008 at 4PM. In the interest of justice for the reason stated above, speedy trial time is excluded from May 21, 2008 to July 15, 2008 pursuant to 18 U.S.C. §3161(h)(8)(A).

SO ORDERED *[signature]*
Dated: 5/20/08
BARBARA S. JONES
U.S.D.J.

TOTAL P.01