

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

September 5, 2008

**By Facsimile (212-805-6191)**
Honorable Barbara S. Jones
United States District Court
500 Pearl Street
New York, New York 10007

      Re:   <u>United States v. Joel Fermin</u>
            07 Cr. 400 (BSJ)

Dear Judge Jones:

        The Government writes to respectfully request, on behalf of both parties, that the next conference in the above-referenced matter be re-scheduled from September 9, 2008 to a date convenient to the Court after the second week of October , 2008.

        The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between September 9, 2008 and the new date. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial. The Government makes this request with the consent of counsel for the defendant.

                      Very truly yours,

                      MICHAEL J. GARCIA
                      United States Attorney
                      Southern District of New York

By:

                      Eugene Ingoglia
                      Assistant United States Attorney
                      (212) 637-1113

cc:  Paul Warburgh, Esq. (by fax)

*Application granted. The conference has been adjorned until October 14, 2008 at 4:30pm. For the reasons stated above, time is excluded from 9/9/08 through 10/14/08 under the speedy trial act*

*So ordered,
Barbara 9/8/08*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/08

TOTAL P.01